ACCEPTED
01-15-00831-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 10:37:52 PM
CHRISTOPHER PRINE
CLERK

9/30/2015 10:37:52 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7061244
By: Tori Medina
Filed: 9/30/2015 10:37:52 AM

## CAUSE NO. 2014-29743

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 10:10:54 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ELIZABETH DAUZ | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| XOCHITL VALDEZ, | § | 125TH JUDICIAL DISTRICT |
| FRONTIER TITLE COMPANY- | § | |
| WH, L.L.C., THAI KLAM, | § | |
| TEAM 360, LLC, | § | |
| HIMARANI SIVARAJAN, | § | |
| Defendants. | § | OF HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff, Elizabeth Dauz, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on September 9, 2015. An appeal from interlocutory order is an accelerated appeal and the 20-day deadline to file notice was September 29, 2015. Plaintiff will file a motion for extension of time in the Appellate Court pursuant to Texas Rules of Appellate Procedure 26.3 within 15 days of the filing Notice deadline.

Elizabeth Dauz desires to appeal because Appellant believes the claims filed against Defendants in this suit are different from the claims that were arbitrated, and res judicata should not bar the claims being brought in this independent lawsuit.

This appeal is being taken in the First or Fourteenth Court of Appeals.

This notice is being filed by Elizabeth Dauz.

Respectfully submitted,

Law Offices of Rick Guerra, PLLC

By: ___/s/ *Rick Guerra*_____
Rick Guerra
Texas Bar No. 24074331
Eric Days
Texas Bar No. 24082907
Brent Smith
Texas Bar No. 24083875
2211 Rayford Rd. Ste. 111 #134
Spring, Texas 77386
Tel. (281) 760-4295
Fax. (866) 325-0341
Email service@rickguerra.com
Attorney for Elizabeth Dauz


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon all parties or counsel of record on September 30, 2015 via e-filing and/or facsimile, first class mail, or certified mail.

___/s/ *Rick Guerra*_____
Rick Guerra

NO. 2014-29743

| | | |
|---|---|---|
| ELIZABETH DAUZ<br>　Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | HARRIS COUNTY, TEXAS |
| | § | |
| XOCHITL VALDEZ | § | |
| FRONTIER TITLE COMPANY- | § | |
| WH, L.L.C. THAI KLAM, TEAM 360, | § | |
| L.L.C. HIMARANI SIVRAJAN | § | |
| 　Defendants | § | 125TH　JUDICIAL DISTRICT |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON RES JUDICATA

After considering Defendants Team 360, LLC and Thai Klam's Motion for Summary Judgment on *Res Judicata* (the "Motion"), Plaintiff's Response, and arguments of counsel, the Court is of the opinion that in the interests of justice such Motion should be GRANTED. The Court therefore:

**GRANTS** the Motion and dismisses all claims against Defendants Team 360, LLC and Thai Klam.

SIGNED on _____, 2015.

Signed:
9/9/2015　_____
PRESIDING JUDGE

*Order on Motion for Summary Judgment on Res Judicata*　　　　　　　　　　　*Page 1 of 1*